UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOREN SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22 C 2617 |
| | ) |
| | ) Judge Rebecca R. Pallmeyer |
| | ) |
| MEAD JOHNSON & COMPANY LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MDL REMAND CLOSING ORDER

Pursuant to the Memorandum Opinion and Order [31], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number: 220400153. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01742). Civil case terminated.

ENTER:

Date: October 14, 2022

_____
REBECCA R. PALLMEYER
United States District Judge